# Exhibit B

# AFFIDAVIT OF SERVICE

| Case: 01-25-0002-1633 | Court: The Arbitration Tribunals of the American Arbitration Association | County: American Arbitration Association. | Job: 15993381 |
|---|---|---|---|
| Plaintiff / Petitioner: CINTAS CORPORATION | | Defendant / Respondent: BRIAN BROSNAN | |
| Received by: RAPID DELIVERY SERVICE | | For: JACKSON LEWIS PC | |
| To be served upon: ImageFIRST Healthcare Laundry Specialists, LLC | | | |

I, Matthew H Wool, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Paul Cupec authorized to take service by hand delivery for ImageFIRST Healthcare Laundry Specialists, LLC, 900 East 8th Avenue Suite 200, King of Prussia, PA 19406

**Manner of Service:** Business, May 27, 2026, 9:43 am EDT

**Documents:** Subpoena Duces Tecum, Exhibits

**Additional Comments:**
1) Successful Attempt: May 27, 2026, 9:43 am EDT at 900 East 8th Avenue Suite 200, King of Prussia, PA 19406 received by Paul Cupec authorized to take service by hand delivery for ImageFIRST Healthcare Laundry Specialists, LLC. Ethnicity: Caucasian; Gender: Male;

Matthew H Wool [signature] 5/27/26
Matthew H Wool Date

RAPID DELIVERY SERVICE
Philadelphia, PA

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]
Notary Public
05/27/26 04/25/2030
Date Commission Expires

Commonwealth of Pennsylvania - Notary Seal
AMANDA FEHLHABER - Notary Public
Philadelphia County
My Commission Expires April 25, 2030
Commission Number 1418156