**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CINTAS CORPORATION,<br><br>Petitioner,<br>v.<br><br>IMAGEFIRST HEALTHCARE LAUNDRY SPECIALISTS, LLC,<br><br>Respondent. | No. 1:26-mc-91496-AK |

**ASSENTED-TO MOTION TO ESTABLISH BRIEFING SCHEDULE FOR CINTAS CORPORATION'S PETITION TO ENFORCE ARBITRATION SUBPOENA TO NON-PARTY IMAGEFIRST HEALTHCARE LAUNDRY SPECIALISTS, LLC**

Petitioner Cintas Corporation ("Cintas" or "Petitioner") moves to establish the below deadlines to file opposition and reply memoranda in connection with Cintas' Petition to Enforce Arbitration Subpoena to Non-Party ImageFIRST Healthcare Laundry Specialists, LLC ("Petition to Enforce") (Doc. No. 1):

1. ImageFIRST Healthcare Laundry Specialists, LLC's ("ImageFIRST" or "Respondent")[1] opposition to the Petition to Enforce shall be filed on or before **October 19, 2026**; and

2. Cintas' reply to ImageFIRST's opposition shall be filed on or before **November 2, 2026**.

ImageFIRST assents to this proposed briefing schedule. Good cause exists for establishing the briefing schedule requested herein because, in addition to the fact that Respondent assents to the requested briefing schedule, there is no briefing schedule currently in

[1] Cintas and ImageFIRST are together referred to as the "Parties."

place with respect to the Petition to Enforce, and establishment of such will allow the Parties and the Court to move expeditiously toward adjudication of the issues set forth in the Petition to Enforce.

Therefore, Cintas respectfully requests that the Court issue the foregoing requested briefing schedule.

Dated: October 9, 2026

Respectfully submitted,

CINTAS CORPORATION,

By its attorneys,

*/s/ Nicholas W. Armington*
Stephen T. Paterniti
Eve R. Keller
Nicholas W. Armington
Natalya R. Minoff
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel: 617-367-0025
Fax: 617-367-2155
Stephen.Paterniti@jacksonlewis.com
Eve.Keller@jacksonlewis.com
Nicholas.Armington@jacksonlewis.com
Natalya.Minoff@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Nicholas W. Armington, hereby certify that on October 9, 2026, I served this Motion to Establish Briefing Schedule via email on the following counsel for ImageFIRST: JT Charron and Robin Samuel of Baker McKenzie LLP.

*/s/ Nicholas W. Armington*
Nicholas W. Armington