# Exhibit 3

**From:** Charron, JT
**Sent:** Thursday, October 8, 2026 10:36 AM
**To:** 'Armington, Nicholas (Boston)'
**Cc:** 'Paterniti, Stephen T. (Boston)'; Samuel, Robin J; Charron, JT
**Subject:** Cintas v. Brosnan - ImageFIRST Subpoena

Nick,

Further to our discussion last week, below are ImageFIRST's proposals to narrow the scope of the requests identified in Cintas' petition to enforce the subpoena. These proposals are conditioned on Cintas' agreement that it will not subpoena testimony from ImageFIRST at the arbitration hearing. If Cintas accepts these proposals, ImageFIRST will agree to produce documents before the hearing. Upon receipt of the information from Cintas outlined below, we can discuss a mutually agreeable date for production.

Best,
JT

*****************

**Request No. 9**

Upon Cintas' identification in writing of: (1) the specific documents Brosnan allegedly downloaded from Cintas' systems; and (2) the specific confidential and/or trade secret information those documents purportedly contain, ImageFIRST will agree to produce exemplar documents, to the extent any such documents exist, that were created or primarily authored and/or edited by Brosnan during his employment with ImageFIRST that contain the same category of information identified by Cintas.

**Request No. 12**

Upon Cintas' identification in writing of: (1) the specific entities for which Cintas contends that it and ImageFIRST compete within the geographic territory in which Brosnan currently works for ImageFIRST; and (2) the specific products or services Cintas sold or attempted to sell to those entities during the last two years of Brosnan's employment with Cintas, ImageFIRST will provide an affidavit from an appropriate ImageFIRST representative confirming whether ImageFIRST has submitted bids to the identified entities for the identified products or services.

**Request No. 14**

Upon Cintas' identification in writing of the specific entities Brosnan solicited or serviced during the last two years of his employment with Cintas within the geographic territory in which Brosnan currently works for ImageFIRST, ImageFIRST will identify which, if any, of those specific entities Brosnan has called on, solicited, or communicated with for the purpose of obtaining any Industries (as defined in Brosnan's employment agreement) business on behalf of ImageFIRST.

**JT Charron**
Partner, Employment and Compensation
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 8865
Mobile: +1 312 953 8353
jt.charron@bakermckenzie.com

Baker McKenzie.

bakermckenzie.com | Facebook | LinkedIn | Twitter